**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Morgan Cole

                Plaintiff,

v.                                   Case No.: 1:25−cv−09696
                                   Honorable Mary M. Rowland

Brio Water Technology, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Plaintiff's notice of voluntary dismissal [13]. Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), the case is dismissed with prejudice. Each side to bear its own attorneys' fees and costs. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.